NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PREFERRED REAL ESTATE INVESTMENTS, LLC<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC. and LTI NJ FINANCE LLC,<br><br>Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-05374 (DMC) |

This matter having come before the Court upon Plaintiff Preferred Real Estate Investments, LLC's ("Plaintiff") motion for writ of prejudgment attachment pursuant to Fed. R. Civ. P. 64; and the Court having considered all submissions of the parties; and in light of the reasons stated in the Opinion of the Court issued on this same day;

IT IS on this  11th  day of June, 2008;

**ORDERED** that Plaintiff's motion for writ of prejudgment attachment pursuant to Fed. R. Civ. P. 64 is **granted**.

                                         S/ Dennis M. Cavanaugh
                                         Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | Hon. Mark Falk, U.S.M.J. |
| | File |